**Olga Martinez DE SARABIA,
Petitioner—Appellant,**

v.

**John ASHCROFT, Attorney General,
Respondent—Appellee.**

No. 03–15422.
D.C. No. CV–03–00677–TEH.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 9, 2004.*

Decided Feb. 12, 2004.

Martin Resendez Guajardo, Law Office of Martin Resendez Guajardo, San Francisco, CA, for Petitioner–Appellant.

Edward Olsen, San Frnacisco, CA, for Respondent–Appellee.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before RYMER, HAWKINS, and BYBEE, Circuit Judges.

MEMORANDUM**

Olga Martinez de Sarabia appeals the district court's denial of her habeas corpus petition, which alleges she was eligible to apply for a waiver of deportability under former § 212(c) of the Immigration and Nationality Act. We review de novo the district court's denial of Sarabia's application, *Singh v. Ilchert,* 63 F.3d 1501, 1506 (9th Cir.1995), conclude that she would have been ineligible for relief under former § 212(c), and affirm.

Sarabia cannot rely on *INS v. St. Cyr,* 533 U.S. 289, 326, 121 S.Ct. 2271, 150 L.Ed.2d 347 (2001), to claim eligibility for § 212(c) relief because she was an aggravated felon who had served at least five years imprisonment. Nor is her argument that she actually served less than five years of her ten-year sentence when she applied for § 212(c) relief persuasive. Former § 212(c)'s ineligibility provision does not distinguish between those periods of imprisonment served as a result of a base offense from time served as a result of any "enhancement."

To accept Sarabia's position that the service of the INS notice to appear "stopped the clock" for the purpose of calculating the five-year "term of imprisonment" bar under former § 212(c) would require us to rewrite the statute, which we decline to do. Congress knows how to create a stop clock provision and saw fit to enact one for the cancellation of removal remedy. It did not, however, provide any

analogous authorization under the former § 212(c).

AFFIRMED.

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.